

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-16-00178-CV

WALTER STANLEY BAKER, TRUSTEE, AS OF CHARLES MAYNARD BAKER AND WANDA JEAN BAKER FAMILY TRUST AND WINONA MAY MCMILLAN, TRUSTEE, OF JOHN W. MCMILLAN AND WINONA M. MCMILLAN REVOCABLE LIVING TRUST; WANDA BAKER MEADOR, DAVID ADAMS; AND ARM AGGREGATE, LLC, APPELLANTS

V.

J.C. CALM FOUNDATION, INC., APPELLEE

On Appeal from the 106th District Court
Lynn County, Texas
Trial Court No. 16-03-07276, Honorable Carter T. Schildknecht, Presiding

June 22, 2016

MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

On June 20, 2016, appellants filed a motion to dismiss their appeal. No decision of this Court having been delivered to date and without passing on the merits of the appeal, we grant the motion and dismiss appellants' appeal. *See* TEX. R. APP. P. 42.1(a)(1). Because appellants' motion does not address costs, costs will be taxed against appellants. *See* TEX. R. APP. P. 42.1(d). If dismissal will prevent appellee from

seeking relief to which it would otherwise be entitled, the Court directs appellee to file a timely motion for rehearing.  No motion for rehearing from appellants will be entertained.

Mackey K. Hancock
Justice